Keith A. Brown #18291
I.S.C.I.
Post Office Box 14
Boise, Idaho
83707

U.S. COURTS
APR 05 2013
Revd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Clerk of the Court
United States District Court
550 West Fort Street
Boise, Idaho
83824

RE: CASE NUMBER CV-12-605-REB

Clerk,

I was recently informed that the fee in this case was paid/accepted by this court.

Could I please have some form of proof of this, such as the docket and entry sheet showing such payment?

Thank you,

[signature]

-1-