UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEITH A. BROWN, JEREMY J. BROWN, CORY A. BAUGH, WOODROW J. GRANT, and STEVEN T. THOMPSON,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>MILLER BREWING CO., ANHEUSER-BUSCH CO., ADOLPH COORS CO., BROWN-FURMAN CO., AMERICAN BRANDS INC., PEPSI-COLO (Pepsico), R.J.R. NABISCO, GALLO WINERY'S (Ernest and Julio Gallo),<br><br>　　　Defendants. | Case No. 1:12-cv-00605-REB<br><br>**ORDER** |

　　Plaintiffs are five inmates incarcerated in Idaho Department of Correction facilities. They bring a tort action against various manufacturers and distributors of alcoholic beverages, who allegedly caused Plaintiffs personal injuries because of Defendants' failure to warn Plaintiffs of the dangers of consuming alcohol. (Dkt. 1.) Notwithstanding their earlier requests for in forma pauperis status, Plaintiffs recently paid the filing fee. Hence, the Court will deem Plaintiffs' Applications to Proceed in Forma Pauperis moot. Because they are not proceeding in forma pauperis or against

**ORDER - 1**

governmental entities or officials, Plaintiffs' Complaint is exempt from the screening requirements of 28 U.S.C. §§ 1915 &1915A. Accordingly, Plaintiffs will be responsible for serving Defendants within 120 days after entry of this order.

### ORDER

**IT IS ORDERED:**

1. Plaintiffs' Applications to Proceed in Forma Pauperis (Dkt. 10, 15, 20, 23, 25, 28) are MOOT.

2. Plaintiffs are responsible for effecting formal service of process of a Summons and Complaint on Defendants, or obtaining a waiver of service of summons from each Defendant, within 120 days after entry of this Order. Accordingly, **the Clerk of Court shall prepare and issue Summonses for each Defendant and forward them to Plaintiffs**.

3. Each party shall ensure that all documents filed with the Court are simultaneously served upon the opposing party (through counsel if the party has counsel) by first-class mail or via the CM/ECF system, pursuant to Federal Rule of Civil Procedure 5. Each party shall sign and attach a proper mailing certificate to each document filed with the court, showing the manner of service, date of service, address of service, and name of person upon whom service was made. The Court will not consider *ex parte* requests unless a motion may be heard *ex parte* according to the rules and the motion is clearly identified as requesting an *ex parte* order, pursuant to

**ORDER - 2**

        Local Rules of Civil Practice before the United States District Court for the District of Idaho 7.2. ("*Ex parte*" means that a party has provided a document to the court, but that the party did not provide a copy of the document to the other party to the litigation.)

4. All Court filings requesting relief or requesting that the Court make a ruling or take an action of any kind must be in the form of a pleading or motion, with an appropriate caption designating the name of the pleading or motion, served on all parties to the litigation, pursuant to Federal Rule of Civil Procedure 7, 10 and 11, and Local Rules of Civil Practice before the United States District Court for the District of Idaho 5.1 and 7.1. The Court will not consider requests made in the form of letters.

5. Discovery shall not be filed with the Clerk of Court, but shall be exchanged between parties, only, as provided for in the Federal Rules of Civil Procedure. Motions to compel discovery shall not be filed unless the parties have first attempted to work out their disagreements between themselves.

6. Plaintiff shall notify the Court immediately if Plaintiff's address changes. Failure to do so may be cause for dismissal of this case without further notice.

**ORDER - 3**

DATED: **July 11, 2013**

Honorable Ronald E. Bush
U. S. Magistrate Judge