```
                                            U.S. COURTS
                                            SEP 1 6 2013
                                    Rcvd____Filed____Time____
                                         ELIZABETH A. SMITH
                                       CLERK, DISTRICT OF IDAHO
```

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| Keith A. Brown, ) | |
| Jeremy J. Brown, ) | |
| Cory A. Baugh, ) | NO. — CV-12-605-REB |
| Woodrow J. Grant, ) | Objection To Extension |
| Steven T. Thompson, ) | Of Time To File Answer |
| Plaintiffs, ) | |
| ) | |
| VS: ) | |
| ) | |
| Pepsico, ) | |
| American Brands, Inc, ) | |
| Coors Brewing Company, ) | |
| Miller Brewing Company, ) | |
| Miller-Coors, LLC, ) | |
| Anheuser-Busch Companies, LLC, ) | |
| Brown-Forman Corporation, ) | |
| R.J.R. Nabisco, ) | |
| E & J Gallo Winery, ) | |
| Defendants ) | |

Comes now, the above named Plaintiffs, who file this formal objection to Defendants, Anheuser Busch, Brown-Forman, and E & J Gallo Winery's Motion for Extension of time to file an answer or a Motion under federal rule 12 (b), (6).

Objection-1

This Motion is filed to preserve for Appeal the timelines of the Defendants Motion for an extension and the Order of this Court granting such

The Defendants have filed a Motion for an extension of time to file an answer or a Motion to dismiss.

The Defendants have admitted that their responsive pleadings were due in this Court on September 9, 10th, and respectively on September 18th, for Defendants E & J Gallo.

Federal Rule of Civil Procedure, Rules 4, 5, 5.1, and 6, clearly and conclusively set forth the time limitations upon which a responsive pleading **MUST** be filed.

That time period is 21 days from the date of the service of the Summons and the Complaint.

The Defendants have admitted to be served upon certain dates in the Motion for an extension of time.

Admittedly, this Court has jurisdiction to extend the time for filing a responsive pleading under the Federal Rules of Civil Procedure, Rule 12, (b), but there must be a showing of "good-cause" for such an extension of time.

It is the position of the Plaintiffs that there has been no such showing. Nothing in the Motion requesting an extension of time even remotely attempts to establish why the named defendants need more than the 21 days afforded to any other defendant.

It is based upon the fact that the Defendants have not made the necessary showing of "good cause" that this Court should deny to the Defendants the sought after extension of time.

Furthermore, the Motion for an extension of time was not filed until the date that the responsive pleading was due, and therefore

Objection-2

the Motion for an extension of time is not filed in a timely manner.

Based upon the foregoing information, the Motion for an extension of time for Defendants Brown-Forman Corporation, and for Anheuser-Busch Companies, should be denied.

Because the Motion for an Extension of time filed by Defendant E & J Gallo Winery, is filed prior to the time limit to serve a responsive pleading, it should be ordered that it will be granted upon a showing that "good cause" does exist for such an extension of time. Absent such a showing, that Motion should also be denied.

## OATH OF PLAINTIFFS

Comes now, the undersigned Plaintiffs, who aver and state, under the United States Code, Title 28, Section 1746, that the Plaintiffs declare that the aforegoing Objection is true and is correct to the best of their belief and knowledge.

_____   9-11-13
Keith A. Brown, Plaintif Pro-Se   Dated

_____   9-11-13
Jeremy J. Brown, Plaintiff, Pro-Se   Dated

_____   9-11-13
Cory A. Baugh, Plaintiff Pro-Se   Dated

_____   9-11-13
Steven T. Thompson, Plaintiff Pro-Se   Dated

_____   9-11-13
Woodrow J. Grant, Plaintiff Pro-Se   Dated

Objection-3

## CERTIFICATE OF SERVICE

Comes now, the Plaintiffs herein who Certify that a true and correct copy of the enclosed documents were served upon the following parties entitled to such service, by depositing a copy of the said same in the United states Mail, First Class Postage Pre-paid and addressed as follows:

Clerk of the Court
550 West Fort Street
Boise, Idaho
    83724

Holland & Hart. LLP
Post Office Box 2527
Boise, Idaho
    83701

_____
Keith A. Brown, Plaintiff

9-11-13
Dated